UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RENEE CITIZEN,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. EDCV 17-1505-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: May 8, 2018

_____
ALICIA G. ROSENBERG
United States Magistrate Judge